UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

(Fla. Cir. Ct. Case No. 15-24181-CA-01)

JESSE LOOR,

    Plaintiff,

v.

JENNY BAILEY,
EDWIN CAMBRIDGE,
MARYDELL GUEVARA,
ENRIQUE RODRIGUEZ, and
TRACEY WEATHERSPOON

    Defendants.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a) and 1446, Defendants file this Notice of Removal and remove this action to the United States District Court for the Southern District of Florida, based on the facts set forth below:

1. The Defendants were all served with a copy of the Complaint between October 26 and 29, 2015.

2. The Complaint alleges that Plaintiff was deprived of his rights under the First and Fourteenth Amendments of the Constitution of the United States. See Compl. ¶¶ 19–30. Therefore, this Court has original jurisdiction over this claim pursuant to 28 U.S.C. §§ 1331, and the action is therefore removable pursuant to 28 U.S.C. § 1441(a).

3. All Defendants have consented to this removal.

4. Venue is proper in this District and Division because the alleged actions took place within Miami-Dade County, Florida.

2

5. Copies of the summons served on the Defendants, the Complaint, and all relevant state court filings are attached collectively as Exhibit "A."

6. Defendants have filed no papers with the Clerk of the State Court.

7. Written notice of the removal of this action is being provided to Plaintiff, and a copy of this Notice of Removal is being filed with the Clerk of the State Court.

WHEREFORE, the Defendants respectfully request that this Court accept and retain removal jurisdiction over this action.

Respectfully submitted,

ABIGAIL PRICE-WILLIAMS
Miami-Dade County Attorney
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida  33128

By:   *s/ Daija Page Lifshitz*
      Daija Page Lifshitz
      Assistant County Attorney
      Florida Bar No. 98053
      Telephone: (305) 375-5151
      Facsimile: (305) 375-5611
      E-mail:  daija@miamidade.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via <u>U.S. Mail</u> on this 16th day of November, 2015, to all parties on the attached service list.

/s/ *Daija Page Lifshitz*
Daija Page Lifshitz
Assistant County Attorney

## SERVICE LIST

Jesse Loor # 10-75184, pro se
13850 N.W. 41 St.
Miami, Florida 33178
***Served via U.S. Mail***