EXHIBIT A

■ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
□ IN THE COUNTY COURT IN AND ☐ MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | | **CASE NUMBER** |
| --- | --- | --- |
| ■ CIVIL | | |
| □ DISTRICTS | **CIVIL COVER SHEET** | 1 5 - 2 4 1 8 1 C A 3 0 |
| □ FAMILY | | |
| □ OTHER | | |

| PLAINTIFF | VS. DEFENDANT | **CLOCK IN** |
| --- | --- | --- |
| JESSE LOOR | JENNY BAILEY,<br>EDWIN CAMBRIDGE,<br>MARYDELL GUEVARA,<br>ENRIQUE RODRIGUEZ,<br>TRACEY WEATHERSPOON, | FILED<br>OCT 20 2015<br>CLERK, CIRCUIT & COUNTY COURTS |

The civil cover sheet and the information contained here does not replace the filing and service of pleadings or other papers as required by law. This form is required by the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075. See instructions and definitions on reverse of this form.

**TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

□ 001 - Eminent Domain
□ 003 - Contracts and Indebtedness
□ 010 - Auto Negligence
□ 022 - Products Liability
□ 023 - Condominium
■ **Negligence - Other**
   □ 097 - Business Governance
   □ 098 - Business Torts
   □ 099 - Environmental/Toxin Tort
   □ 100 - Third Party Indemnification
   □ 101 - Construction Defect
   □ 102 - Mass Tort
   □ 103 - Negligent Security
   □ 104 - Nursing Home Negligence
   □ 105 - Premises Liability - Commercial
   □ 106 - Premises Liability - Residential
   ■ 107 - Negligence - Other
□ **Real Property/Mortgage Foreclosure**
   □ 108 - Commercial Foreclosure $0 - $50,000
   □ 109 - Commercial Foreclosure $50,001 - $249,999
   □ 110 - Commercial Foreclosure $250,000 - or more
   □ 111 - Homestead Residential Foreclosure $0 - $50,000
   □ 112 - Homestead Residential Foreclosure $50,001 - $249,999
   □ 113 - Homestead Residential Foreclosure $250,000 or more
   □ 114 - Non-Homestead Residential Foreclosure $0 - $50,000
   □ 115 - Non-Homestead Residential Foreclosure $50,001 - $249,999
   □ 116 - Non-Homestead Residential Foreclosure $250,000 or more
   □ 117 - Other Real Property Actions $0 - $50,000
   □ 118 - Other Real Property Actions $50,001 - $249,999

□ 119 - Other Real Property Actions $250,000 or more
□ **Professional Malpractice**
   □ 094 - Malpractice - Business
   □ 095 - Malpractice - Medical
   □ 096 - Malpractice - Other professional
□ **Other**
   □ 120 - Antitrust/Trade Regulation
   □ 121 - Business Transactions
   □ 122 - Constitutional Challenge - Statute or Ordinance
   □ 123 - Constitutional Challenge - Proposed amendment
   □ 124 - Corporate Trust
   □ 125 - Discrimination - Employment or Other
   □ 126 - Insurance Claims
   □ 127 - Intellectual Property
   □ 128 - Libel/Slander
   □ 129 - Shareholder Derivative Action
   □ 130 - Securities Litigation
   □ 131 - Trade Secrets
   □ 132 - Trust Litigation
□ **133 - Other Civil Complaint**
   □ 009 - Bond Estreature
   □ 014 - Replevin
   □ 024 - Witness Protection
   □ 080 - Declaratory Judgment
   □ 081 - Injunctive Relief
   □ 082 - Equitable Relief
   □ 083 - Construction Lien
   □ 084 - Petition for Adversary Preliminary Hearing
   □ 085 - Civil Forfeiture
   □ 086 - Voluntary Binding Arbitration
   □ 087 - Personal Injury Protection (PIP)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐  No ■

REMEDIES SOUGHT (check all that apply):
- ■ monetary;
- ■ non-monetary declaratory or injunctive relief;
- ■ punitive

NUMBER OF CAUSES OF ACTION: [ 5 ]

(specify) CENSORSHIP VIOLATION OF FREEDOM OF SPEECH / EXPRESSION, VIOLATION OF DUE PROCESS AND INTERFERENCE WITH COURT PROCEEDINGS AND WILLFUL NEGLIGENCE.

IS THIS CASE A CLASS ACTION LAWSUIT?
- ☐ Yes
- ■ No

HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?
- ■ No
- ☐ Yes   If "Yes", list all related cases by name, case number, and court.

_____

_____

IS JURY TRIAL DEMANDED IN COMPLAINT?
- ■ Yes
- ☐ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____ pro se _____   Florida Bar # ___N/A___
                    Attorney or party                                              (Bar # if attorney)

_____Jesse Loor_____                              8.10.15
(type or print name)                                              Date

CLK/CT 96 Rev. 12/09

Clerk's web address: www.miami-dadeclerk.com

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

JESSE LOOR,
        PLAINTIFF,

VS.

JENNY BAILEY, EDWIN CAMBRIDGE,
MARYDELL GUEVARA,
ENRIQUE RODRIGUEZ,
TRACEY WEATHERSPOON.

15 - 2 4 1 8 7 CA 3 0
CASE #:



COMPLAINT

FILED

OCT 20 2015

CLERK, CIRCUIT & COUNTY COURTS

NOW COMES JESSE LOOR, IN PROPRIA PERSONA, AND HEREBY FILES THIS
COMPLAINT AGAINST THE ABOVE NAMED DEFENDANT(S) FOR VIOLATIONS
OF HIS FIRST AND FOURTEENTH AMENDMENTS TO THE UNITED STATES
CONSTITUTION. MR. LOOR SEEKS DECLARATORY, INJUNCTIVE AND OTHER
APPROPRIATE RELIEF.

## I. PLAINTIFF

1.) PLAINTIFF, JESSE LOOR, IS AND WAS AT ALL TIMES MENTIONED HEREIN A
PRE-TRIAL DETAINEE IN THE CUSTODY OF MIAMI-DADE COUNTY CORRECTIONS
AND REHABILITATION DEPARTMENT (MDCR). MR. LOOR HAS BEEN SUBJECTED
TO FALSE ALLEGATIONS THAT LEAD TO AN UNLAWFUL ARREST, FOLLOWED
BY AN UNLAWFUL PROSECUTION; AND IS CURRENTLY CONFINED IN
METRO WEST DETENTION CENTER UNLAWFULLY, LOCATED AT 13850 N.W. 41 st.
MIAMI, FLORIDA 33178; AND HAS BEEN UNLAWFULLY INCARCERATED SINCE
SEPTEMBER 23, 2010; MR. LOOR WILLFULLY, INTELLIGENTLY, AND KNOWINGLY
CHOOSES TO PREPARE HIS OWN DEFENSE AGAINST THE UNLAWFUL
PROSECUTION HE HAS BEEN SUBJECTED TO; AND HAS BEEN ACKNOWLEDGED
AS PROSE BY THE THIRD DISTRICT COURT OF APPEAL OF FLORIDA, THE
FEDERAL DISTRICT COURT OF SOUTHERN FLORIDA AND THE ELEVENTH FEDERAL
DISTRICT COURT OF APPEAL.

## II. DEFENDANT(S)

2) DEFENDANT MARYDELL GUEVARA IS THE DIRECTOR OF MIAMI-DADE CO. CORRECTIONS AND REHABILITATION DEPARTMENT (MDCR). SHE IS LEGALLY RESPONSIBLE FOR THE OVERALL OPERATION OF THE DEPARTME AND EACH INSTITUTION UNDER ITS JURISDICTION. INCLUDING MET WEST DETENTION CENTER.

3) DEFENDANT RODRIGUEZ (FIRST NAME UNKNOWN TO PLAINTIFF) IS RANI AS CAPTAIN AND WAS AND/OR IS ASSIGNED TO METRO WEST DETENTION CENTER. HE IS LEGALLY RESPONSIBLE FOR THE OPERATION OF METRO WEST DETENTION CENTER AND FOR THE WELFARE OF ALL THE INMATES IN THAT FACILITY.

4.) DEFENDANT JENNY BAILEY IS A CORRECTIONAL OFFICER OF (MDCR) WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF LIEUTENANT AND WAS AND/OR IS ASSIGNED TO METRO WEST DETENTION CENTER.

5.) DEFENDANT WEATHERSPOON (FIRST NAME UNKNOWN TO PLAINTIFF) IS AND WAS AT ALL TIMES MENTIONED HEREIN THE MAILCLERK AT METRO-WEST DETENTION CENTER. SHE IS RESPONSIBLE OF THE HANDLING OF THE INCOMING MAIL OF INMATES IN METROWEST DETENTION CENTER.

6.) DEFENDANT EDWIN CAMBRIDGE WHO, ACCORDING TO THE INMATE GRIEVANCE APPEAL FORM IS NAMED DIVISION CHIEF OR DIRECTOR, PATIENT CARE SERVICES AND WHO SUPPORTS THE REJECTION OF MR. LOOR'S MEDICAL TEXT BOOKS AND WHO FINALIZED MR. LOOR'S GRIEVANCE APPEAL REGARDING HIS REJECTED MEDICAL TEXTBOOKS.

7.) EACH DEFENDANT IS SUED INDIVIDUALLY AND IN HIS/HER OFFICIAL CAPACITY. AT ALL TIMES MENTIONED IN THIS COMPLAINT, EACH DEFENDANT ACTED UNDER COLOR OF STATE LAW.

## III. FACTS

8.) MR. WDR STATES THE FOLLOWING UNDER PENALTY OF PERJURY:

9.) ON OCTOBER 20, 2014 MR. WDR'S FAMILY PURCHASED EVALUATION OF THE SEXUALLY ABUSED CHILD; "A MEDICAL TEXT BOOK" WITH CD-ROM, BY ASTRID M. HEGER S. JEAN-EMANS AND DAVID MURAM THROUGH AMAZON.COM. MR. WDR WAS RELUCTANT TO HAVE THE PRICEY MEDICAL TEXT BOOK ($124.14) SHIPPED TO HIM BECAUSE IT IS ONLY AVAILABLE IN HARDCOVER AND THE HARDCOVER WOULD HAVE BEEN CUT OFF UPON DELIVERY AND APPROVAL BY MR. WDR. THEREFORE, MR. WDR'S FAMILY PRINTED SINGLE COPIES OF 337 PAGES OF THE MEDICAL TEXTBOOK FROM THE CD-ROM AND MAILED THE SINGLE COPIES IN (5) LARGE MANILA ENVELOPES TO MR. WDR ON NOVEMBER 3, 2014.

10.) ON NOVEMBER 5, 2014 DEFENDANT WEATHERSPOON REJECTED ALL (5) MANILA ENVELOPES ALLEGING "PHOTOCOPIES OF COPYRIGHTED BOOKS ARE NOT PERMITTED DUE TO COPYRIGHT INFRINGEMENT LAW." AN UNKNOWN FACILITY SUPERVISOR APPROVED THE REJECTION.

11.) THAT SAME DAY MR. WDR SUBMITS A INMATE GRIEVANCE AND ATTACHES A CEASE AND DESIST LETTER TO THE GRIEVANCE APPEAL FORM TO INFORM MAILROOM STAFF HIS SINGLE COPIES OF HIS PURCHASED MEDICAL TEXT BOOK PRINTED FROM A CD-ROM IS PROTECTED BY THE "FAIR USE DOCTRINE" AND IS NOT IN VIOLATION OF COPYRIGHT. COPIES OF THE GRIEVANCE, APPEAL, PURCHASE RECIEPT AND LETTER ARE ENCLOSED AND MADE PART TO THIS COMPLAINT AS EXHIBIT "A".

12.) ON NOVEMBER 17, 2014 DEFENDANTS RODRIGUEZ AND BAILEY APPROVED AND SUPPORTS THE REJECTION OF MR. WDR'S MEDICAL LITERATURE "DUE TO COPYRIGHT INFRINGEMENT LAW" DISREGARDING THE CEASE AND DESIST LETTER.

13.) DURING THE MONTH OF DECEMBER OF 2014 MR. WDR'S FAMILY PURCHASED EVALUATION OF THE SEXUALLY ABUSED CHILD; "A MEDICAL TEXT BOOK" THROUGH ABEBOOKS.COM, AND OBSTETRICS AND GYNECOLOGY "A MEDICAL TEXT BOOK"; AND DORLAND'S/GRAY'S POCKET ATLAS OF ANATOMY "A MEDICAL TEXTBOOK" THROUGH BARNES AND NOBLE. DEFENDANT WEATHERSPOON IMPOUNDED ALL (3) MEDICAL TEXT BOOKS ON DECEMBER 29, 2014 ALLEGING THAT ALL (3) MEDICAL TEXT BOOKS "DEPICTS SEXUAL CONDUCT."

14.) ON DECEMBER 31, 2014 MR. WOOR SUBMITS A INMATE GRIEVANCE IN REGARDS TO TO THE IMPROPER IMPOUNDMENT OF HIS PURCHASED MEDICAL TEXTBOOKS AND ATTACHES A CEASE AND DESIST TO THE GRIEVANCE TO INFORM DEFENDANT WEATHERSPOON THE PROBATIVE VALUE, AUTHORATIVE AND EMPIRICAL CASE STUDIES AND SERIOUS AND RELEVANT RESEARCH THE MEDICAL TEXT BOOKS CONTAIN. COPY OF PURCHASE RECIEPT, GRIEVANCE, APPEAL AND LETTER ARE ENCLOSED AND MADE PART TO THIS COMPLAINT AS EXHIBIT "B".

15.) ON JANUARY 14, 2015 MR. WOOR RECIEVES NOTICE THAT ALL (3) MEDICAL TEXT BOOKS HAS BEEN REJECTED DUE TO "OBSCENE MATERIAL" ALLEGED BY DEFENDANT CAMBRIDGE. THAT SAME DAY MR. WOOR SPOKE TO DEFENDANT WEATHERSPOON TO HAVE HIS MEDICAL TEXTBOOKS BE PLACED IN HIS PROPERTY SO THAT HIS FAMILY CAN PICK UP HIS MEDICAL TEXT BOOKS. DEFENDANT WEATHERSPOON STATED SHE HAD ALREADY SENT BACK THE BOOKS. MR. WOOR REPLIED; "ACCORDING TO WRITTEN FACILITY POLICY IMPOUNDED OR REJECTED PUBLICATION SHALL BE HELD AT THE INSTITUTION FOR (30) DAYS. DEFENDANT WEATHERSPOON REPLIED; "MY BAD, I DIDN'T KNOW." PLEASE REFER TO EXHIBIT B PAGE 4 FOR (30) DAYS WRITTEN POLICY.

16.) ON FEBRUARY 28, 2015 MR. WOOR SENDS A LETTER TO DEFENDANT GUEVARA AT 2525 N.W. 62 St. 2nd FLOOR, MIAMI, FLORIDA 33147 IN REGARDS TO THE EMINENT UNCONSTITUTIONAL ACTS OF METRO WEST PERSONNEL. AS OF DATE, NO RESPONSE HAS BEEN RECIEVED FROM DEFENDANT GUEVARA. A COPY OF THE LETTER IS ENCLOSED AND MADE PART TO THIS COMPLAINT AS EXHIBIT "C."

17.) UPON INFORMATION AND BELIEF, SIMILARLY SITUATED INDIVIDUALS HAVE BEEN SUBJECTED TO THE SAME MISCONDUCT BY METRO WEST PERSONNEL. COPIES OF SIMILAR REJECTION FORMS OF SIMILARLY SITUATED INDIVIDUALS ARE ENCLOSED AND MADE PART TO THIS COMPLAINT AS EXHIBIT "D." MR. WOOR WISHES TO POINT OUT THAT THE REJECTED INCOMING MAIL OF THE SIMILARLY SITUATED INDIVIDUALS WERE OF RELEVANT LEGAL MATERIALS.

18.) EACH DEFENDANT IS SUED INDIVIDUALLY AND IN HIS/HER OFFICIAL CAPACITY. AT ALL TIME MENTIONED IN THIS COMPLAINT EACH DEFENDANT ACTED UNDER COLOR OF STATE LAW.

# IV. LEGAL CLAIM

## COUNT ONE: CENSORSHIP AND REJECTION OF MR. LOOR'S INCOMING MAIL.

19) EXCEPTIONS THAT DO NOT CONSTITUTE COPYRIGHT INFRINGEMENT ARE "FAIR USE" "PUBLIC DOMAIN," AND "NON-COPYRIGHT WORKS." THE "FAIR USE" IS A DOCTRINE WHICH PERMITS THE REPRODUCTION OF COPYRIGHTED MATERIALS FOR A LIMITED PURPOSE OF TEACHING, REVIEWING, LITERARY CRITICISM, AND THE LIKE. 17 U.S. CODE SECTION 107-LIMITATIONS ON EXCLUSIVE RIGHTS PROVIDES; THE "FAIR USE" OF A COPY RIGHTED WORK, INCLUDING SUCH USE BY REPRODUCTION IN COPIES FOR PURPOSES SUCH AS CRITICISM, COMMENT, NEWS REPORTING, TEACHING, (INCLUDING MULTIPLE COPIES FOR CLASSROOM USE) SCHOLARSHIP OR RESEARCH IS NOT AN INFRINGEMENT OF COPYRIGHT.

20) "THE FIRST AMENDMENT, AS INCORPORATED BY THE FOURTEENTH AMENDMENT, PROHIBITS STATES FROM ABRIDGING THE FREEDOM OF SPEECH." U.S. CONST. AMEND. 1. MAIL IS ONE MEDIUM OF FREE SPEECH, AND "THE RIGHT TO SEND AND RECIEVE MAIL EXISTS UNDER THE FIRST AMENDMENT." QUOTING AL-MIN V. SMITH, 511 F. 3d 1317 (2008). "THE RIGHT TO RECIEVE PUBLICATION IS ... A FUNDAMENTAL RIGHT. THE DISSEMINATION OF IDEAS CAN ACCOMPLISH NOTHING, IF OTHERWISE WILLING ADDRESSEES ARE NOT FREE TO RECIEVE AND CONSIDER THEM." LAMONT V. POSTMASTER GENERAL OF U.S., 381 U.S. 301, 308, 85 S.Ct. 1493, 14 L. Ed 398 (1965) BRENNAN, J., CONCURRING). PRISONERS RETAIN THEIR FIRST AMENDMENT RIGHT TO RECIEVE INFORMATION WHILE INCARCERATED. TURNER V. SAFLEY, 482 U.S. 78, 84, 107 S.Ct. 2254, 96 L. Ed. 2d 64 (1987); ("PRISON WALLS DO NOT FORM A BARRIER SEPARATING PRISON INMATES FROM THE PROTECTIONS OF THE CONSTITUTION.")

21) DEFENDANTS WERE PUT ON NOTICE THROUGH GRIEVANCES, APPEALS, (2) CEASE AND DESIST LETTERS AND A LETTER TO THE DIRECTOR THAT THE REJECTED SINGLE PRINTED COPY OF HIS PURCHASED MEDICAL TEXT BOOK WAS NOT IN VIOLATION OF COPYRIGHT; THAT THE MEDICAL LITERATURE ARE ESSENTIAL AND RELEVANT TO HIS DEFENSE AND LEGAL PROCEEDINGS; THAT ALL (3) MEDICAL TEXTBOOKS ARE ESSENTIAL FOR RESEARCH AND STUDY TO EDUCATE ALL FACT FINDERS AND ALL TRIER OF FACTS; AND THAT THEIR PRECISE CONDUCT IS UNLAWFUL AND UNCONSTITUTIONAL AND LIABLE TO CIVIL LAW SUIT. PLEASE REFER TO EXHIBIT "B" PAGES 10-11 FOR COMPLETE DISCUSSION ON THE PROBATIVE VALUE OF MR. LOOR'S MEDICAL TEXT BOOKS.

22.) THEREFORE, RE-ALLEGING AND INCORPORATING BY REFERENCE PARAGRAPHS 8-16, AND 21, AND APPLYING THE APPLICABLE LAWS IN PARAGRAPHS 19-20 DEFENDANTS' CONDUCT WAS WILLFUL AND NEGLIGENT WHEN THEY IGNORED OR FAILED TO ACKNOWLEDGE MR. LOOR'S FAIR AND CLEAR WARNING THAT THEIR CENSORSHIP AND ARBITRARIAL REJECTION OF HIS INCOMING MEDICAL RESEARCH MATERIALS COMPRISES HIS DEFENSE AND LEGAL PROCEEDINGS; THAT THE REJECTION OF HIS MEDICAL RESEARCH MATERIALS HINDERS MR. LOOR'S ABILITY TO BECOME A LEARNED EXPERT IN ALLEGATIONS OF CHILD SEX ABUSE ("A PERSON MAY QUALIFY AS EXPERT BY HIS OR HER STUDY OF AUTHORITATIVE SOURCES WITHOUT ANY PRACTICAL EXPERIENCE IN THE SUBJECT MATTER." 1 FLA. PRAC. EVIDENCE § 702.1 (2013 ED.); FLA. STAT. 90.702), AND THUS IN FLAGRANT VIOLATION OF NOT ONLY ONE CONSTITUTIONAL RIGHT (THE RIGHT TO FREE SPEECH) BUT ALSO A SECOND CONSTITUTIONAL RIGHT (RIGHT TO DUE PROCESS),

## COUNT TWO, MR. LOOR'S DUE PROCESS VIOLATION.

23.) THE DUE PROCESS CLAUSE OF THE FOURTEENTH AMENDMENT PROHIBITS A STATE FROM DEPRIVING "ANY PERSON OF LIFE, LIBERTY, OR PROPERTY WITHOUT DUE PROCESS OF LAW." THERE ARE TWO PARTS TO THIS CLAUSE: "SUBSTANTIVE DUE PROCESS" AND "PROCEDURAL DUE PROCESS." MR. LOOR WILL BE APPLYING PROCEDURAL DUE PROCESS.

24.) DUE PROCESS CLAUSE APPLIES TO MR. LOOR'S PROPERTY INTEREST OF HIS REJECTED MEDICAL MATERIALS THAT WERE PROPERLY PURCHASED THROUGH REPUTABLE BOOK STORES, AND A LIBERTY INTEREST IN EDUCATING HIMSELF OF ALLEGATION OF CHILD SEX ABUSE, OF WHICH, HE HAS BEEN WRONGFULLY SUBJECTED TO. MR. LOOR ALSO HAS A LIBERTY INTEREST IN EDUCATING ALL FACT FINDERS AND ALL TRIER OF FACTS ON THE STEP-BY-STEP DISCUSSION OF HOW TO INTERVIEW AND CLINICALLY EVALUATE A CHILD SUSPECTED OF ABUSE, AND HOW OFFICIALS MUST CONDUCT THEMSELVES DURING THE INTERVIEW AND PHYSICAL EXAM TO MAKE A PROPER AND UNTAINTED DIAGNOSIS. ABSENT OF THE (3) MEDICAL TEXT BOOKS THAT WERE IMPROPERLY REJECTED DEPRIVES MR. LOOR OF THIS CONSTITUTIONALLY PROTECTED LIBERTY AND PROPERTY INTEREST,

25) ON THE (MDCR) NOTICE OF REJECTION OR IMPOUNDMENT OF PUBLICATION FORM, IT STATES AS FOLLOWS: "INMATES ARE ADVISED THAT THIS IMPOUNDMENT OR REJECTED PUBLICATION SHALL BE HELD AT THE INSTITUTION FOR (30) DAYS. YOU YOU MUST MAKE ARRANGEMENTS TO HAVE THE PUBLICATION PICKED UP BY AN APPROVED VISITOR OR MAILED TO A RELATIVE, FRIEND OR THE SENDER AT YOUR EXPENSE WITHIN (30) DAYS, OR IT SHALL BE DISCARDED OR DISTROYED. THE (30)-DAY TIME PERIOD SHALL NOT INCLUDE ANYTIME DURING WHICH AN APPEAL OR GRIEVANCE PROCEEDING IS PENDING". PLEASE REFER TO EXHIBIT "B" PAGE 4 FOR COMPLETE NOTICE.

26) AS STATED IN PARAGRAPH 15 MR. LOOR REQUESTED HIS IMPOUNDED BOOKS TO BE PLACED IN HIS PROPERTY FOR PICK UP BY FAMILY MEMBER. IN THE INSTANCE THE MEDICAL TEXT BOOKS WERE TO BE REJECTED, BUT DEFENDANT WEATHERSPOON FAILED TO COMPLY WITH FACILITY POLICY BECAUSE SHE SENT BACK MR. LOOR'S MEDICAL TEXTBOOKS 5-7 DAYS AFTER THEIR ARRIVAL ON DECEMBER 29, 2014. THIS IS NOTEWORTHY. MR. LOOR'S MEDICAL TEXTBOOKS WERE SENT BACK BEFORE THE WRITTEN POLICY OF (30) DAYS AND/OR THE FINALIZING OF MR. LOOR'S GRIEVANCE AND APPEAL WHICH WAS ARBITRARILY FINALIZED ON FEBRUARY 2, 2015.

27) DEFENDANT WEATHERSPOON IS ON RECORD THAT SHE SENT BACK ALL (3) MEDICAL TEXTBOOKS ON JANUARY 14, 2015. THIS IS FALSE. BECAUSE MR. LOOR'S FAMILY EMAILED BARNES AND NOBLE AND REQUESTED THE DATE THEY RECIEVED THE REJECTED MEDICAL TEXTBOOKS. BARNES AND NOBLE STATED THEY RECIEVED THE REJECTED MEDICAL TEXTBOOKS ON JANUARY 9th, 2015. MR. LOOR'S FAMILY PRINTED AND MAILED THIS NOTEWORTHY INFORMATION VIA U.S.P.S. TO MR. LOOR A DAY IN THE MONTH OF FEBRUARY 2015. MR. LOOR NEVER RECIEVED SUCH INFORMATION WHICH HE BELIEVES TO BE SUSPICIOUS.

28) THE QUESTION IS, HOW DID DEFENDANTS BAILEY AND CAMBRIDGE MAKE A DETERMINATION TO REJECT ALL (3) MEDICAL TEXTBOOKS IF THE MEDICAL TEXTBOOKS WERE NOT IN THE FACILITY ON JANUARY 13 AND 26 2015. WHERE DEFENDANT BAILEY IS ON RECORD THAT A VOTE WAS TAKEN..., IN REGARDS TO MR. LOOR'S MEDICAL TEXTBOOKS AND DATED JANUARY 26, 2015. AND THEN DEFENDANT CAMBRIDGE IS ON RECORD THAT HE CHAIRED IN THE MEETING IN REGARDS TO MR. LOOR'S MEDICAL TEXTBOOKS ON JANUARY 13, 2015. BECAUSE ACCORDING TO BARNES AND NOBLE THEY RECIEVED THE MEDICAL TEXTBOOKS ON JANUARY 9th, 2015. THEREFORE, THERES NO DOUBT DEFENDANT WEATHERSPOON SENT BACK MR. LOOR'S MEDICAL TEXTBOOKS SOME TIME BEFORE JANUARY 9th, 2015.

29.) ACCORDINGLY, BASED ON THE AFOREMENTIONED FACTS IN PARAGRAPHS 23-29 MR. LOOR WAS DEPRIVED OF HIS CONSTITUTIONALLY PROTECTED LIBERTY AND PROPERTY INTEREST OF HIS MEDICAL MATERIALS WHERE THE IMPROPER REJECTION SERVED NO PENOLOGICAL INTEREST. THUS RENDERING A FLAGRANT VIOLATION OF HIS DUE PROCESS RIGHT. (PROCEDURAL DUE PROCESS).

30.) THE PLAINTIFF, JESSE LOOR HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBED HEREIN. MR. LOOR HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF THE DEFENDANTS UNLESS THIS COURT GRANTS THE DECLARATORY AND INJUNCTIVE RELIEF WHICH HE SEEKS.

## V.  PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF, MR. LOOR RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGEMENT GRANTING PLAINTIFF:

31.) A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED MR. LOOR'S RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES.

32.) A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANTS AND ALL PERSONNEL OF (MDCR) TO: CEASE THE CENSORSHIP OF MR. LOOR'S INCOMING MAIL BECAUSE MR. LOOR IS ACUTELY AWARE ON THE DEFINITION TO "OBSCENE MATERIAL" AND HE WILL BE APPLYING THE "FAIR USE DOCTRINE" TO ALL SINGLE COPIES OF COPYRIGHTED PUBLICATIONS, ARTICLES, CASE LAWS, ETC. THAT IS RELEVANT TO HIS CASE(S); RESPECTFULLY ACKNOWLEDGE MR. LOOR AS A PROSE PRE-TRIAL DETAINEE; MR. LOOR'S FAMILY IS IN POSSESSION OF EVALUATION OF THE SEXUALLY ABUSED CHILD. THEREFORE, ORDERING DEFENDANTS TO COORDINATE WITH MR. LOOR'S FAMILY TO HAVE THIS MEDICAL TEXTBOOK IMMEDIATELY HAND-DELIVERED TO MR. LOOR UNDAMAGED AND WITHOUT DELAY; NOT TO INTERFERE WITH THE DELIVERY OF DORLAND'S / GRAY'S POCKET ATLAS OF ANATOMY, AND OBSTETRICS AND GYNECOLOGY FROM BARNES AND NOBLE OR ABEBOOKS.COM OR ANY OTHER REPUTABLE BOOKS STORE UNDAMAGED.

33.) <u>PUNITIVE DAMAGES.</u> PUNITIVE DAMAGES ARE APPROPRIATE WHEN DEFENDANTS ACTED WANTONLY AND WILLFULLY. HERE, DEFENDANTS WILLFULLY IGNORED OR FAILED TO ACKNOWLEDGE MR. LOOR'S FAIR AND CLEAR WARNINGS THAT THEIR CONDUCT WILL VIOLATE HIS CONSTITUTIONAL RIGHTS. AND WHERE DEFENDANTS MISAPPLIED AS TO WHAT DEPICTS ACTUAL "SEXUAL CONDUCT" AND "OBSCENE MATERIAL" AND WHERE THE REJECTION OF MR. LOOR'S RELEVANT MEDICAL MATERIAL SERVED NO REASONABLE PENOLOGICAL INTEREST. PUNITIVE DAMAGES IS ALSO APPROPRIATE TO: SERVE THE OBJECTIVES OF DETERRENCE OF CONTINUED CONSTITUTIONAL VIOLATIONS; COMPLY WITH POLICIES; AND PRACTICE REASONABLE JUDGEMENT AS TO DEFINE ACTUAL "SEXUAL CONDUCT" AND "OBSCENE MATERIAL" AS DEFINED BY LAW AND FLORIDA STATUTE.

34.) <u>NOMINAL DAMAGES.</u> NOMINAL DAMAGES ARE APPROPRIATE WHEN DEFENDANTS VIOLATE A FUNDAMENTAL CONSTITUTIONAL RIGHT. SEE <u>HUGHES V. LOTT</u>, 350 F. 3d 1157, 1162 (11TH CIR. 2003); SEE ALSO <u>CAREY V. PIPHUS</u>, 435 U.S. 247, 266-67, 98 S.Ct. 1042, 1053-54, 55 L. Ed. 2d 252 (1978) (CONCLUDING THAT PLAINTIFF COULD BE COMPENSATED WITH NOMINAL DAMAGES FOR PROCEDURAL DUE PROCESS VIOLATIONS EVEN ABSENT PROOF OF ACTUAL INJURY). "NOMINAL DAMAGES ARE APPROPRIATE IN THE CONTEXT OF A FIRST AMENDMENT VIOLATION." SEE <u>KH OUTDOORS, LLC V. CITY OF TRUSSVILLE</u>, 465 F. 3d AT 1261 (11TH CIR. 2006).

35.) A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY, AND

36.) ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE.


RESPECTFULLY SUBMITTED THIS 10th DAY OF August 2015.

Jesse Loor # 10-75184
13850 N.W 41 St.
MIAMI, FLORIDA 33178

## VERIFICATION

I HAVE READ THE FOREGOING COMPLIANT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE EXCEPTS AS TO THE MATTERS ALLEGED ON INFORMATION AND BELIEF, AND AS TO THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AT MIAMI FLORIDA ON August 10,    2015.

Jesse Loor #LO-73184
13850 N.W. 41 St.
Miami, Florida 33178

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT HANDWRITTEN COPY OF THIS COMPLAINT WAS HAND DELIVERED TO FACILITY COUNSELOR FOR DELIVERY TO CLERK'S OFFICE, DADE COUNTY COURTHOUSE (05) ROOM 133, 73 WEST FLAGLER St. MIAMI, FL. 33130 THIS 23rd DAY OF September 2015.

pro se

EXHIBIT "A"

Try Prime    Julieta's Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by
Department ▾    Search    Books    [Go]    Hello, Julieta
Your Account ▾    Try
Prime ▾    0
Cart ▾    Wish
List ▾

Books    Advanced Search    New Releases    Best Sellers    The New York Times® Best Sellers    Children's Books    Textbooks    Textbook Rentals

Evaluation of the Sexually Abused Child: A Medical Textbo... and over one million other books are available for Amazon Kindle. Learn more

You purchased this item on October 20, 2014.
View this order





See this image

## Evaluation of the Sexually Abused Child: A Medical Textbook and Photographic Atlas (Book with CD-ROM for Windows and Macintosh) Hardcover – November 15, 2000

by Astrid M. Heger (Editor), S. Jean Emans (Editor), David Muram (Editor)

1 customer review

ISBN-13: 978-0195131260    ISBN-10: 0195131266
Edition: 2ᴺᴰ

1 New from $359.99    2 Used from $118.96

| | Amazon Price | New from | Used from |
|---|---|---|---|
| Kindle 💻 📱 📖 | $99.99 | — | — |
| Hardcover | — | $359.99 | $103.04 |
| Multimedia CD | — | — | — |

## FREE TWO-DAY SHIPPING FOR COLLEGE STUDENTS
› Learn more    amazon student

Written by a group of nationally-recognized physicians, Evaluation of the Sexually Abused Child, 2E is a comprehensive and authoritative resource that provides a step-by-step discussion of how to interview and clinically evaluate suspected child sexual abuse Read more

Share

3 used & new from $118.96

See All Buying Options

Add to Wish List

Add to Baby Registry

Sell yours for a Gift Card
We'll buy it for $3.51
Learn More

Trade in now

Other Sellers on Amazon

3 used & new from $118.93

Have one to sell?    Sell on Amazon

## Customers Who Viewed This Item Also Viewed



Color Atlas of Sexual
Assault, 1e
› Patty C. Seneski
7
Hardcover

## Product Details

Start reading Evaluation of the Sexually
Abused Child on your Kindle in under a

1/16

## More About This Textbook

Overview   Editorial Reviews   Product Details   Related Subjects   Table of Contents

### Overview

Written by a group of nationally-recognized physicians, Evaluation of the Sexually Abused Child, 2E is a comprehensive and authoritative resource that provides a step-by-step discussion of how to interview and clinically evaluate suspected child sexual abuse cases. The contributors draw on their extensive experience to provide sensitive and practical guidance on psychological aspects of abuse, conducting the medical interview and physical exam to make a diagnosis, sexually transmitted disease, and the role of the physician in court. This new edition includes updated information on lab techniques, revised protocols for intervention programs, and a host of new data from several recently released longitudinal studies that followed abused children into adolescence and adulthood. A key feature of the first edition, a photographic atlas documenting and classifying ambiguous signs of abuse, has been expanded by more than 40% to incorporate new photos on the sexual abuse of adolescents, patterns of healing trauma, and
Read More

ADVERTISING

Enjoy a little
more time to
play monsters.

Seconds count
Save some by
going paperless.

my AT&T

Log in now

### Editorial Reviews

**Doody's Review Service**
**Reviewer:** Naomi F. Sugar, MD (Harborview Medical Center)
**Description:** This extensive revision of the 1992 publication on evaulatuion of the sexually abused child is 80 pages longer and includes an expanded photographic atlas and a CD-ROM.
**Purpose:** This book is intended as a reference for evaluation of children and adolescents when there is concern about sexual abuse, as well as a guide to genital/anal normal/variants
**Audience:** Written for medical professionals, this book will be most useful to primary care and emergency medical providers and for specialists in child abuse.
Read More

### Product Details

ISBN-13: 9780195131260
Publisher: Oxford University Press, USA
Publication date: 11/28/2000
Edition description: Subsequent
Edition number: 2
Pages: 416
Product dimensions: 9.80 (w) x 6.80 (h) x 1.00 (d)

### Related Subjects

Biography - General & Miscellaneous   Abuse & Violence - Psychology
Family & General Practice   Diagnosis   Pediatrics

### Table of Contents

| | Introduction | |
|---|---|---|
| | Contributors | |
| 1 | Making the Diagnosis of Sexual Abuse: Ten Years Later | 1 |
| 2 | The Child Protection System | 11 |
| 3 | Psychological Effects of Child Sexual Abuse | 21 |
| 4 | The Medical Interview | 41 |
| 5 | Physical Examination of the Child and Adolescent | 57 |
| 6 | Forensic Examination: The Role of the Physician as "Medical Detective" | 79 |
| 7 | Anatomy | 95 |
| | Embryology of the Genital Tract | 95 |
| | Anatomic and Physiologic Changes | 105 |
| | Anatomical Terms of Female External Genitalia | 109 |
| 8 | Photographic Atlas | 115 |
| | Normal Genitalia | 115 |
| | Examination Positions and Techniques | 116 |
| | Congenital Variants | 116 |
| | Nonspecific Changes | 117 |
| | Anatomic Variations and Medical Conditions: Diagnostic Challenges | 117 |
| | Acute Genital Trauma - Accidental | 119 |
| | Female Genital Mutilation | 119 |
| | Acute Genital Trauma - Sexual Abuse | 119 |

| | Sexual Abuse - Delayed Disclosure | 120 |
| | Normal Anl and Nonspecific Changes | 120 |
| | Anal Trauma and Healing | 121 |
| | Adolescents | 121 |
| | Sexually Transmitted Diseases | 122 |
| 9 | Sexually Transmitted Diseases | 187 |
| 10 | Testifying as an Expert Witness | 225 |
| | Glossary | 241 |
| | Annotated Bibliography, 1992-1998 | 245 |
| App. A | State of California Sexual Abuse Protocol | 269 |
| App. B | Memphis, TN Sexual Abuse Protocol | 275 |
| App. C | Commonwealth of MA Sexual Abuse Protocol | 281 |
| App. D | Pilot Sexual Abuse Protocol, Children's Hospital, Boston | 288 |
| App. E | Preappointment Questionnaire, University of California, Irvine | 300 |
| | American Professional Society on the Abuse of Children - Practice | |
| App. F | Guidelines: Descriptive Terminology in Child Sexual Abuse Medical | 302 |
| | Evaluations | |
| | Index | 309 |

Show Less

## Customer Reviews

**Be the first to write a review**

(0)

Rating Distribution

| | |
|---|---|
| 5 Star | (0) |
| 4 Star | (0) |
| 3 Star | (0) |
| 2 Star | (0) |
| 1 Star | (0) |

**Your Rating:**

Review Guidelines

Tell the world what you think of this product.

Remaining characters: 3500

Add Recommendations

**Your Name:** Create a Pen Name **or** ☐ Leave Anonymously

Submit

If you find inappropriate content, please report it to Barnes & Noble

Ads by Google

Full-Text Online Library
Find books, journals, and articles
www.questia.com/FreeTrial

Tired of eBay?
Then you'll love us! Live auctions
tophatter.com

Guia Biblica Diaria
Busca Oferta Diaria, Elige Pasajes
www.dailybibleguide.com

**Be in the Know**

Sign up for savings, news, updates.

Enter Your Email Address

**NOOK Everywhere**

NOOK for iPad® NOOK for Android™ NOOK® for
NOOK for iPhone® NOOK for Web™ Windows 8

**Visit NOOK in:** United States United Kingdom

**Keep Up with BN's Buzz**

**B&N Services**

| About B&N | Advertise |
| Investor Relations | Publisher & Author Guidelines |
| Barnes & Noble, Inc. | B&N Membership |
| Careers | Advanced Search |

| B&N MasterCard |
| Bulk Order Discounts |
| B&N Bookfairs |
| My B&N |

**Shipping & Delivery**

About Free Shipping
About Shipping
Shipping Rates
Store Returns

**Quick Help**

| Customer Service | All Help Topics |
| Order Status | Sitemap |
| Easy Returns | Accessibility |
| Product Recalls | |

Terms of Use, NOOK Store Terms, Copyright, and Privacy Policy

© 1997-2014 Barnesandnoble.com llc

Amazon.com - Order 002-9626052-5329805

Page 1 of 2

Try Prime   Julieta's Amazon.com   Today's Deals   Gift Cards   Sell   Help

Shop by
Department ▾      Search   All

Go

Hello, Julieta
Your Account ▾      Try
Prime ▾      0      Wish
Cart ▾      List ▾

Your Account › Your Orders › Order Summary

When will your items arrive?

Not Yet Shipped: 1 item - Guaranteed delivery by: October 22, 2014

Order Placed: October 20, 2014
Amazon.com order number: 002-9626052-5329805
Order Total: $124.14

Shipment #1: Not Yet Shipped

Guaranteed delivery by: October 22, 2014 (More about estimates)

Need to cancel an item?

**Items Ordered**                                                                    Price

1 of: Evaluation of the Sexually Abused Child: A Medical          $103.04
Textbook and Photographic Atlas (Book with CD-ROM for
Windows and Macintosh)
By: Heger, Astrid M.
Sold by: RentU (seller profile)

**Shipping Speed:** Change
Two-Day Shipping

Condition: Used - Acceptable
Fast shipping from Amazon! Qualifies for Prime Shipping and FREE stand... see
more

**Shipping Preference:**
Group my items into as few
shipments as possible

- 1 Item Gift options: None
Change

Your seller feedback about this order

This open order is not yet eligible for feedback.

See all orders awaiting feedback

Payment information

Need to print an invoice?

Item(s) Subtotal: $103.04
Shipping & Handling: $12.98

Total before tax: $116.02
Estimated tax to be collected: $8.12

Grand Total: $124.14

**Want to use a gift card?**
Enter code here, then click "Apply":                     Apply
Note: Promotional certificates may be redeemed only when the order is originally placed.

Get to Know Us          Make Money with Us          Amazon Payment Products          Let Us Help You
Careers                 Sell on Amazon             Amazon.com Rewards Visa Card     Your Account
Investor Relations      Sell Your Apps on Amazon   Amazon.com Store Card            Shipping Rates & Policies
Press Releases          Become an Affiliate        Amazon.com Corporate Credit Line

4/16

**METRO DADE**
## CORRECTIONS & REHABILITATION DEPARTMENT

## INMATE MAIL AND/OR PROPERTY REJECTION FORM

INMATE'S NAME:   JESSE LOOR

JAIL NUMBER:   10-75184

LOCATION:   3D2

DATE RECEIVED:   11 / 03 / 14

YOUR (check the appropriate category)

INCOMING ☑          OUTGOING ☐          MAIL ☑          PROPERTY ☐

HAS BEEN REJECTED, BECAUSE:

_____ **A.** The letter contained threats of physical harm against persons or threats of criminal activity.

_____ **B.** The letter threatens blackmail or extortion.

_____ **C.** The letter contains plans to escape.

_____ **D.** The letter contains plans for activities in violation of detention rules.

_____ **E.** The letter is in code.

_____ **F.** The letter contains information which, if communicated, would create a clear and present danger of violence and harm to a human being.

_____ **G.** The letter or property (circle one) contains contraband, specifically, _____

_____ **H.** The property presented exceeded the limit permitted.

__✓__ **I.** Other   Photocopies of copyrighted books are not permitted due to copyright infringement law

PERSON REJECTING MAIL OR PROPERTY:   Mail Clerk Weatherspoom
(Include badge # if applicable)

DATE REJECTED:   11 / 05 / 14

APPROVING FACILITY SUPERVISOR: _____

DATE ACTION APPROVED:   November 5, 2014

CC:   Mail/Property Room File
     Facility Supervisor's File
     Inmate's Classification File

JANETTA MORENO
1530 W. 68TH ST #211
HIALEAH, FL 333014

5/16

Revised 1/97

**METRO DADE**
## CORRECTIONS & REHABILITATION DEPARTMENT

## INMATE MAIL AND/OR PROPERTY REJECTION FORM

INMATE'S NAME:   JESSE LOOR

JAIL NUMBER:   10-75184

DATE RECEIVED:   11 / 03 / 14          LOCATION:          3D2

YOUR (check the appropriate category)

INCOMING ☑          OUTGOING ☐          MAIL ☑          PROPERTY ☐

HAS BEEN REJECTED, BECAUSE:

_____ **A.** The letter contained threats of physical harm against persons or threats of criminal activity.

_____ **B.** The letter threatens blackmail or extortion.

_____ **C.** The letter contains plans to escape.

_____ **D.** The letter contains plans for activities in violation of detention rules.

_____ **E.** The letter is in code.

_____ **F.** The letter contains information which, if communicated, would create a clear and present danger of violence and harm to a human being.

_____ **G.** The letter or property (circle one) contains contraband, specifically, _____

_____ **H.** The property presented exceeded the limit permitted.

✓ **I.** Other   Photocopies of copyrighted books are not permitted due to copyright infringement law

PERSON REJECTING MAIL OR PROPERTY:   Mail Clerk Weatherspoom
(Include badge # if applicable)

DATE REJECTED:   11 / 05 / 14

APPROVING FACILITY SUPERVISOR: _____

DATE ACTION APPROVED:   November 5, 2014

CC:   Mail/Property Room File
      Facility Supervisor's File
      Inmate's Classification File

JANETTA MORENO
1530 W. 68TH ST #211
HIALEAH, FL 333014

6/16

Revised 1/97

**METRO DADE
CORRECTIONS & REHABILITATION DEPARTMENT**

## INMATE MAIL AND/OR PROPERTY REJECTION FORM

INMATE'S NAME: JESSE LOOR

JAIL NUMBER: 10-75184          LOCATION: 3D2

DATE RECEIVED: 11 / 03 / 14

YOUR (check the appropriate category)

INCOMING ☑          OUTGOING ☐          MAIL ☑          PROPERTY ☐

HAS BEEN REJECTED, BECAUSE:

_____ **A.** The letter contained threats of physical harm against persons or threats of criminal activity.

_____ **B.** The letter threatens blackmail or extortion.

_____ **C.** The letter contains plans to escape.

_____ **D.** The letter contains plans for activities in violation of detention rules.

_____ **E.** The letter is in code.

_____ **F.** The letter contains information which, if communicated, would create a clear and present danger of violence and harm to a human being.

_____ **G.** The letter or property (circle one) contains contraband, specifically, _____

_____ **H.** The property presented exceeded the limit permitted.

✓ **I.** Other   Photocopies of copyrighted books are not permitted due to copyright infringement law

PERSON REJECTING MAIL OR PROPERTY: Mail Clerk Weatherspoom
(Include badge # if applicable)

DATE REJECTED: 11 / 05 / 14

APPROVING FACILITY SUPERVISOR: _____

DATE ACTION APPROVED: November 5, 2014

CC:   Mail/Property Room File
      Facility Supervisor's File
      Inmate's Classification File

JANETTA MORENO
1530 W. 68TH ST #211
HIALEAH, FL 333014

7/16

Revised 1/97

**METRO DADE**
## CORRECTIONS & REHABILITATION DEPARTMENT

## INMATE MAIL AND/OR PROPERTY REJECTION FORM

INMATE'S NAME:  JESSE LOOR

JAIL NUMBER:  10-75184        LOCATION:        3D2

DATE RECEIVED:  _11_ / _03_ / _14_

YOUR (check the appropriate category)

INCOMING ☑        OUTGOING ☐      MAIL ☑      PROPERTY ☐

HAS BEEN REJECTED, BECAUSE:

_____ **A.** The letter contained threats of physical harm against persons or threats of criminal activity.

_____ **B.** The letter threatens blackmail or extortion.

_____ **C.** The letter contains plans to escape.

_____ **D.** The letter contains plans for activities in violation of detention rules.

_____ **E.** The letter is in code.

_____ **F.** The letter contains information which, if communicated, would create a clear and present danger of violence and harm to a human being.

_____ **G.** The letter or property (circle one) contains contraband, specifically, _____

_____ **H.** The property presented exceeded the limit permitted.

__✓__ **I.** Other  Photocopies of copyrighted books are not permitted due to copyright infringement law

PERSON REJECTING MAIL OR PROPERTY:  Mail Clerk Weatherspoom
(Include badge # if applicable)

DATE REJECTED:  _11_ / _05_ / _14_

APPROVING FACILITY SUPERVISOR: _____

DATE ACTION APPROVED:  November 5, 2014

CC:    Mail/Property Room File          JANETTA MORENO
       Facility Supervisor's File       1530 W. 68TH ST #211
       Inmate's Classification File     HIALEAH, FL 333014            8/16

Revised 1/97

**METRO DADE**
## CORRECTIONS & REHABILITATION DEPARTMENT

## INMATE MAIL AND/OR PROPERTY REJECTION FORM

INMATE'S NAME:   JESSE LOOR

JAIL NUMBER:   10-75184            LOCATION:            3D2

DATE RECEIVED:   11 / 03 / 14

YOUR (check the appropriate category)

INCOMING ☑            OUTGOING ☐        MAIL ☑        PROPERTY ☐

HAS BEEN REJECTED, BECAUSE:

____ A. The letter contained threats of physical harm against persons or threats of criminal activity.

____ B. The letter threatens blackmail or extortion.

____ C. The letter contains plans to escape.

____ D. The letter contains plans for activities in violation of detention rules.

____ E. The letter is in code.

____ F. The letter contains information which, if communicated, would create a clear and present danger of violence and harm to a human being.

____ G. The letter or property (circle one) contains contraband, specifically, ____

____ H. The property presented exceeded the limit permitted.

✓ I.  Other   Photocopies of copyrighted books are not permitted due to copyright infringement law

PERSON REJECTING MAIL OR PROPERTY:        Mail Clerk Weatherspoom
(Include badge # if applicable)

DATE REJECTED: 11 / 05 / 14

APPROVING FACILITY SUPERVISOR: ____

DATE ACTION APPROVED:   November 5, 2014

CC:   Mail/Property Room File          JANETTA MORENO
      Facility Supervisor's File         1530 W. 68TH ST #211
      Inmate's Classification File       HIALEAH, FL 333014            9/16

Revised 1/97

# MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT
## Inmate Grievance

| | |
|---|---|
| **Inmate Name:** Jesse Loor | **Control Number:** M10 14-11074 |
| **Category:** Mail Comm | **Jail Number:** 10-75184   **Date Prepared:** 11-5-14 |
| | **Housing Unit/Cell Number:** 3D2 |

*The inmate must complete and submit this form to a Correctional Counselor within 2 workdays of receipt. If an incident/situation affects more than one inmate, each inmate must personally submit a separate complaint/grievance. Also, if an inmate has more than one complaint/grievance, each compliant/grievance must be submitted on a separate Inmate Grievance form. You must state what or who is the subject of the grievance, related dates and places, and what affect the situation, problem, or person is causing. State the title of any policy or standard that may be the subject of your grievance, if applicable. Attach copies of all Inmate Action/Remedy Request forms (if applicable) used in an attempt to resolve your complaint.*

## PART I — Provide Specific Details of Your Grievance:

ON WEDNESDAY, NOVEMBER 5, 2014 METRO WEST FACILITY CAPTAIN AND/OR MAILROOM PERSONNEL INTERFERRED WITH MR. LOOR'S (PROSE) CIVIL AND CRIMINAL CASES BY REJECTING HIS INCOMING PRINTED MEDICAL MATERIALS FROM A CD-ROM PURCHASED BY HIS FAMILY ON OCTOBER 20, 2014 (PURCHASE RECIEPT ENCLOSED) THAT THAT WAS MAILED TO HIM VIA U.S.P.S. ON TUESDAY, OCTOBER 28, 2014. THUS, DEPRIVING MR. LOOR IN PRODUCING A PROPER ARGUEMENT IN BOTH CIVIL AND CRIMINAL CASES.

## PART II — What Steps Have You Taken to Solve the Grievance?

MR LOOR INFORMED MS. WEATHERSPOON THAT HIS REQUESTED AND PURCHASED MEDICAL MATERIALS IS ONLY AVAILABLE THROUGH THIRD PARTY VENDOR THAT ONLY SHIPS U.P.S. AND THAT THE MEDICAL MATERIALS IS ONLY AVAILABLE IN A HARD COVER TEXTBOOK. MR LOOR ALSO PRODUCED PROOF OF PURCHASE OF CD-ROM.

## PART III — What Remedy/Action(s) Are You Requesting?

BECAUSE MR LOOR'S FAMILY'S TIME AND EXPENSES FOR DELIVERY OF PURCHASE MEDICAL MATERIALS WAS LOST DUE TO METRO WEST FACIUTY'S CAPTAIN AND/OR MAILROOM PERSONNEL REJECTION OF SAID MEDICAL MATERIALS, MR. LOOR REQUESTS THAT HIS PURCHASED MEDICAL MATERIALS BE HAND DELIVERED.

*I Affirm that All Statements I Have Made are True and Correct.*

_____ 
**Inmate Signature**                    November 5, 2014
                                        **Date**

**Grievance Received By:**

S. Englander
_____           _____        11/6/14
**Correctional Counselor Name (Print)**    **Correctional Counselor Signature**    **Date**

10/16

Distribution:  White Copy—RSB File     Yellow Copy—Facility Supervisor/Bureau Commander/CHS Nurse or Designee     Pink Copy—Inmate

134_01-53  8/07                          Page 1 of 2                              BR-27-07



## MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT

### Inmate Grievance



*302*

| Control # MW14-11024 | Emergency: ☐ Yes ☑ No | PIR Classification: Mail |
|---|---|---|

**PART VI - Reentry Program Services Bureau (RPSB) Correctional Counselor 1 Comments:**

The inmate is grieving mail that was rejected, he states he need the information to include in a court case.

| RPSB Counselor Name: | ENGLAND S. | Date: | 11/6/2014 |
|---|---|---|---|

**PART VII - Initial Response (An Explanation Must be Provided if the Grievance is Being Rejected)**

The inmate is grieving mail that was rejected, he states he need the information to include in a court case.

| RPSB Supervisor Name: | COBARCO E. | Date: | 11/7/2014 |
|---|---|---|---|

**PART VIII - Grievance Recorded By:**

| Internal Affairs Case #: | | RTR Case #: | |
|---|---|---|---|
| Grievance Clerck Name: | FELTON-SAINTVIL L | Date: | 11/7/2014 |

**PART IX - Facility/Bureau Supervisor/IMP Manager or Designees Response:(Provide Attachment as needed)**

According to departmental policy, Photo copies of books are not permitted due to copyright infringement law. Captain Rodriguez rejected this mail request on 11/05/2014.

| ☐ IMP Follow-up Required | ☐ Forwarded to IA | |
|---|---|---|
| This Grievance is Hereby: | ☐ Substantiated | ☑ Unsubstantiated |
| Facility/Bureau Supervisor/IMP Manager or Designee: | BAILEY JENNY | Date: 11/17/2014 |

**PART X - Inmate Response**  ☐ Accepted (Resolved)  ☑ Rejected (Unresolved)  ☑ Appeal

| JESSE LOOR | | 11-24-14 | |
|---|---|---|---|
| Inmate Name | Inmate Signature | Date: | ☐ Inmate Released |

11/16

## MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT

### Inmate Grievance Appeal

Control Number: MDCR-NO.

Inmate Name:

Jail Number: 10-75184   Appeal Date:

Category: MAIL ORDER   Housing Unit/Cell Number:

**PART I – Inmate Justification for Appeal:**

exceptions That do not constitute copyright infringement are "Fair use", "Public Domain", and "NON-copyright works". The "Fair use" is a doctrine which Permits The reproduction of copyrighted material for a limited purpose of teaching, Reviewing, literary criticism, And the like. Without the "Fair use" Doctrine Books And movies could not be reviewed And colleges And High schools would not be able to study works by people like Arthur Miller. This is How Television programs such as the Daily Show Are Able To use copyright materials in the commentary. (see attached for continuation)

Inmate Signature: _____   Date: _____

**PART II – Division Chief or Director, Patient Care Services Response to Appeal:**

☐ Substantiated                    ☐ Unsubstantiated

_____        _____        _____
Division Chief or Director, Patient Care        Division Chief or Director, Patient Care        Date
Services Name (Print)                    Services Signature

**Note: The Division Chief or the Director, Patient Care Services Decision Concerning This Grievance is Final.**

12/16

_____                                    _____
Inmate Signature                                                    Date

Revised 08-20-07

IN RE: CEASE AND DESIST LETTER;
    PROHIBITION OF CENSORSHIP OF INCOMING MAIL.          DECEMBER 26, 2014

ATTENTION MAILROOM STAFF:

THE FIRST AMENDMENT, AS INCORPORATED BY THE FOURTEENTH AMENDMENT PROHIBITS STATES FROM "ABRIDGING THE FREEDOM OF SPEECH." U.S. CONST. AMEND. 1. MAIL IS A MEDIUM OF FREE SPEECH AND THE RIGHT TO SEND AND RETIEVE MAIL EXISTS UNDER THE FIRST AMENDMENT. MAILROOM STAFF AT METRO WEST DETENTION HAS BEGUN A PATTERN OF CENSORING MR. LOOR'S INCOMING MAIL. THIS MISCONDUCT COMPRISES MR. LOOR'S DEFENSE; AND IT IS IN DIRECT VIOLATION TO HIS FIRST AND FOURTEENTH AMENDMENT RIGHTS.

EXCEPTIONS THAT <u>DO NOT</u> CONSTITUTE COPYRIGHT INFRINGEMENT ARE "FAIR USE", "PUBLIC DOMAIN", AND "NON-COPYRIGHT WORKS". THE FAIR USE IS A DOCTRINE WHICH PERMITS THE REPRODUCTION OF COPYRIGHTED MATERIALS FOR A LIMITED PURPOSE OF TEACHING, REVIEWING, LITERARY CRITICISM, AND THE LIKE.

<u>17 U.S. CODE SECTION 107- LIMITATIONS ON EXCLUSIVE RIGHTS; FAIR USE PROVIDES:</u>

NOTWITHSTANDING THE PROVISIONS OF SECTION 106 AND 106A THE FAIR USE OF A COPYRIGHTED WORK, INCLUDING SUCH USE BY REPRODUCTION IN COPIES OR PHONORECORDS OR BY ANY OTHER MEANS SPECIFIED BY THAT SECTION, FOR PURPOSES SUCH AS CRITICISM, COMMENT, NEWS REPORTING, TEACHING, (INCLUDING MULTIPLE COPIES FOR CLASSROOM USE) SCHOLARSHIP OR RESEARCH IS <u>NOT</u> AN INFRINGEMENT OF COPYRIGHT. IN DETERMINING WHETHER THE USE MADE OF A WORK IN ANY PARTICULAR CASE IS A FAIR USE THE FACTORS TO BE CONSIDERED SHALL INCLUDE—

1.) THE PURPOSE AND CHARACTER OF THE USE INCLUDING WHETHER SUCH IS OF A COMMERCIAL NATURE OR IS FOR NONPROFIT EDVCATIONAL PURPOSES;
2.) THE NATURE OF THE COPYRIGHTED WORK;

3.) THE AMOUNT AND SUBSTANTIALITY OF THE PORTION USED IN RELATION TO THE COPYRIGHTED WORKS AS A WHOLE; AND
4.) THE EFFECT OF THE USE UPON THE POTENTIAL MARKET FOR OR VALUE OF THE COPYRIGHTED WORK.

THE FACT THAT A WORK IS UNPUBLISHED SHALL NOT ITSELF BAR A FINDING OF FAIR USE IF SUCH FINDING IS MADE UPON CONSIDERATION OF ALL ABOVE FACTORS.

13/16

REGARDLESS OF MR. WOR'S PREDISPOSITION AT METRO WEST DETENTION, THE PRINTED COPIES OF PUBLICATIONS, ARTICLES, MEDICAL TEXTS, CASE STUDIES, BOOKS, JOURNALS, ETC. THAT ARE SENT TO MR. WOR VIA UNITED STATES POSTAL SERVICE ARE OF SINGLE COPIES FOR PURPOSES OF RESEARCH, STUDY AND PERSONAL USE ONLY. THE LAW IS CONCISE AND SPECIFIC, THE FAIR USE OF COPYRIGHTED WORK BY REPRODUCTION IN COPIES FOR PURPOSES SUCH AS TEACHING OR RESEARCH IS NOT A INFRINGEMENT OF COPYRIGHT. WITHOUT THE FAIR USE DOCTRINE BOOKS AND MOVIES COULD NOT BE REVIEWED AND COLLEGES AND HIGHSCHOOLS WOULD NOT BE ABLE TO STUDY WORKS BY PEOPLE LIKE ASTRID M. HEGER AND ARTHUR MILLER. THIS IS HOW TELEVISION PROGRAMS SUCH AS THE DAILY SHOW ARE ABLE TO USE COPYRIGHT MATERIAL IN THE COMMENTARY.

LASTLY, NOTICE IS HEREBY GIVEN, THAT MR WOR IS A PRO SE, PRE TRIAL DETAINEE AND THAT THE AFOREMENTIONED MISCONDUCT AND THE CENSORSHIP OF MR WOR'S INCOMING MAIL AND HIS PAID SUBSCRIPTION OF HOT BIKE MAGAZINE BY METRO WEST DETENTION MAILROOM STAFF MUST CEASE BECAUSE THESE IMPROPER ACTIONS ARE IN DIRECT VIOLATION OF MR WOR'S AND THE SENDER'S FIRST AND FOURTEENTH AMENDMENTS RIGHTS AND INVITES A REDRESS FOR CIVIL LIABILITIES AGAINST ALL WRONGDOERS UNDER 42 U.S.C. SECTION 1983.

MOST CORDIALLY,

_[signature]_ prose 12.26.14

14/16

2/2

<u>17 U.S. CODE § 107 - Limitations on Exclusive Rights; "Fair Use"</u> provides:

Notwithstanding the provisions of section 106 and 106A, the fair use of a copyrighted work, including such use by reproduction in copies or phonorecords or by any other means specified by that section, for purposes such as criticism, comment, news reporting, teaching (including multiple copies for classroom use) scholarship or research is <u>not</u> an infringement of copyright. In determining whether the use made of a work in any particular case is a fair use, the factors to be considered shall include —

1.) The purpose and character of the use including whether such is of a commercial nature or is for nonprofit educational purposes;
2.) The nature of the copyrighted work;
3.) The amount and substantiality of the portion used in relation to the copyrighted work as a whole; and
4.) The effect of the use upon the potential market for or value of the copyrighted work.

The fact that a work is unpublished shall not itself bar a finding of fair use if such finding is made upon consideration of all above factors.

The rejected materials was one printed copy of vital medical information from a CD-ROM that was purchased from Barnes & Noble and Amazon.com (receipt enclosed) <u>for personal use only</u>. The purchased medical text was rejected by mailroom ~~and~~ staff and facility manager alleging, "Photocopies of copyrighted books are not permitted due to copyright infringement law." Pursuant to the Fair Use Doctrine, the law is specific, reproduction of copyrighted materials are permitted for purposes of research and education. Therefore, Mr. Loor is not, by any means

15/1 →

in violation of "copyright infringement law."

Furthermore, the rejected medical text purchased contains fundamental research and emperical case studies that is vital and relevant for Mr. Loor's defense against the criminal case against him. As a pre-trial detainee and Prose, it is imperative that Mr. Loor become a learned expert in allegations of child sex abuse, and it is through the evaluation of the sexually abused child; a medical textbook and photographic atlas by Heger, Astrid M. (a nationally accredited textbook) that Mr. Loor can prevail as a learned expert.

Lastly, Mr. Loor would like to inform the administrator addressing this grievance appeal that this form was hand delivered to Mr. Loor by corrections counselor on November 25, 2014 and that no counselor was available till December 3, 2014, and then Mr. Loor handed the form for copies to the movement officer of the 3-11 PM shift that resulted in the officer misplacing the form causing this delay.

16/16

EXHIBIT "B"

**AbeBooks.com®** *Passion for books.®*

Sign Off     My Account     Basket     Help

Advanced Search   Browse   Rare Books   Textbooks              Booksellers   Sell Books   Community

Search Books:  By Keyword ∨                                    Find Book   › Advanced Search

Home › My Account › My Purchases

## My Purchases

Search by Sales Order No.: [          ]  Search Orders              Show orders placed in: <View All> ∨  Go

### Sales Order # 93191692  Ordered on December 13, 2014              Order Total: US$ 4.04

**Bookseller: Silver Arch Books** (St Louis, MO U.S.A.)
AbeBooks PO No.: 114152948

**Evaluation of the Sexually Abused Child: A Medical...**        **Item Status: Shipped**              **Price:** US$ 4.04
Heger, Astrid                                                    The book has been shipped to you.

  Hide Book Description                                          Request Return/Refund | Contact Bookseller

**Book Description:** Book shows a small amount of wear - very good condition.

**Estimated Delivery:**                      Shipping Speed: 5-14 business days        Shipping: US$ 0.00
on/before January 2, 2015                                                             Subtotal: US$ 4.04

  Hide Payment & Shipping Details

Purchase Method: Visa                        Shipping Address:
Date Processed: December 13, 2014            Jesse Loor
Processed By: AbeBooks                       13850 NW 41st St
                                             Miami FL 33178
                                             U.S.A.

| Find Books | Account | Company | Community | AbeBooks Sites |
|---|---|---|---|---|
| Advanced Search | Your Account | Company Information | Blog | AbeBooks.co.uk |
| ISBN List | Sign On/Off | Careers | Forums | AbeBooks.de |
| Author List | View Basket | Privacy & Security | BookSleuth | AbeBooks.fr |
| Title List | **Customer Support** | Designated Agent | GiftSleuth | AbeBooks.it |
| Bestselling Textbooks | | Media | Newsletters | IberLibro.com |
| Bestselling Titles | View and Manage Orders | | Features Archive | AbeBooks ANZ |
| Used Books | Self Service | **AbeBooks Companies** | | AbeBooks.ca |
| ISBN Search | Contact Us | BookFinder.com | **Services** | |
| | Help for Buyers | FillZ.com | Sell Books | |
| | Help for Sellers | ZVAB.com | AbeBooks HomeBase® | |
| | How AbeBooks Works | | Affiliate Program | |

By using the Web site, you confirm that you have read, understood, and agreed to be bound by the Terms and Conditions.
© 1996 - 2014 AbeBooks Inc. All Rights Reserved. AbeBooks, AbeBooks.com, "Passion for books." and "Passion for books. Books for your passion." are registered trademarks
with the Registered US Patent & Trademark Office.

AbeBooks accepts:

and other payment methods

1/16

# BARNES & NOBLE

Safe Shopping Guarantee

Your Order Number is: 844642357

Your order was placed on December 21, 2014, 8:15 PM EST

Print this Receipt

## Shipping Address

Jesse Loor
100075184
13850 NW 41st St
Miami, FL 33178

## Membership, Coupons & Savings

You saved $5.97 on shipping.

## Items from Barnes & Noble

### Standard Items

This part of your order qualifies for FREE Delivery. See Details

Shipping Preference: Send everything in as few packages as possible.

Standard Delivery: FREE: 2-6 business days.

| Description | Quantity | Gift Options | Total Price |
|---|---|---|---|
| **Obstetrics and Gynecology** Charles R. B. Beckmann, Roger Smith, William Herbert, Frank Ling, Douglas Laube **Textbook** ISBN-13: 9781451144314 Online Price: $58.69 | 1 | Gift-Wrap: No Gift Message: No | $58.69 |
| **Dorland's/Gray's Pocket Atlas of Anatomy** Richard Drake, Adam W. M. Mitchell, A. Wayne Vogl **Textbook** ISBN-13: 9780443067617 Online Price: $46.24 | 1 | This item cannot be gift-wrapped. Gift Message: No | $46.24 |
| **Satan's Silence : Ritual Abuse and the Making of a Modern American Witch Hunt** Debbie Nathan **Paperback** ISBN-13: 9780595189557 Online Price: $15.67 | 1 | This item cannot be gift-wrapped. Gift Message: No | $15.67 |

| | |
|---|---|
| Shipment Subtotal: | $120.60 |
| Shipping & Handling: | FREE |
| Sales Tax: | $8.45 |
| **Shipment Total:** | **$129.05** |

**ORDER TOTAL:** $129.05

Your credit card will be charged* $129.05

\* Your credit card will be charged when your order ships.
Changes to your order may result in sales tax and/or shipping rate adjustments.

Back to Top

Customer Service: 1-800-THE-BOOK

Terms of Use, NOOK Store Terms, Copyright, and Privacy Policy

© 1997- Barnesandnoble.com llc

2/16

# MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT
## Notice of Rejection or Impoundment of Publication

Inmate Name _Jesse LooR_

Date: _12/30/14_

Jail Number: _10-75184_

☒ Metro West Detention Center  
☐ Turner Guildford Knight Correctional Center  
☐ Training and Treatment Center  
☐ Boot Camp Detention Center  
☐ Women Detention Center  
☐ Pre-Trial Detention Center

This letter is notice that the following publication: ☒ Book   ☐ Magazine   ☐ Other

Title: _Evaluation of the Sexually Abused Child_

Volume/Issue/Edition: _____

Which was received on the following date: _12/29/14_

From: _Books Books 214 N. Franklin St Red Lion, PA 17356_

Has been reviewed by an authorized MDCR employee and has been:

☒ **IMPOUNDED** pending review by MDCR Review Committee because the publication may contain subject matter that is inadmissible per DSOP 17-002 "Inmate Mail"

☐ **IMPOUNDED** pending review by the MDCR Review Committee because the Facility Supervisor or designee believes that the publication may contain subject matter that is inadmissible, per DSOP 17-002 "Inmate Mail"

☐ **IMPOUNDED** pending review by the MDCR Review Committee per DSOP 17-002 "Inmate Mail." The Facility Supervisor believes that this inmate's prior criminal history or disciplinary record indicates that giving him/her access to subject matter in this publication would constitute a threat to the security or order of the correctional system or the safety of any person. (Specify):

_____

_____

☐ **REJECTED** and may not be received by inmates. The MDCR Review Committee has reviewed the publication and determined that it contains subject matter that is inadmissible per DSOP 17-002 "Inmate Mail"

☐ **REJECTED** for reasons not related to subject matter (Specify):

_____

_____

| | Criteria in DSOP 17-002 Inmate Mail, authorizes IMPOUNDMENT and REJECTION of the publication due to subject matter |
|---|---|
| ☐ | It depicts or describes procedures for the construction of or use of weapons, ammunition, bombs, chemical agents, or incendiary devices; |
| ☐ | It depicts, encourages, or describes methods of escape from correctional facilities or contains blueprints, drawings or similar descriptions of MDCR facilities or institutions, or includes road maps that can facilitate escape from correctional facilities; |
| ☐ | It depicts or describes procedures for the brewing of alcoholic beverages, or the manufacture of drugs or other intoxicants; |
| ☐ | It is written in code; |
| ☐ | It depicts, describes or encourages activities which may lead to the use of physical violence or group disruption; |
| ☐ | It encourages or instructs in the commission of criminal activity; |
| ☐ | It is dangerously inflammatory in that it advocates or encourages riots, insurrection, disruption of the institution, violation of MDCR or institutional rules; |
| ☐ | It threatens physical harm, blackmail or extortion; |
| ☒ | It depicts sexual conduct as follows:1) actual or simulated sexual intercourse; 2) deviate sexual intercourse; 3) sexual bestiality;  4) masturbation; 5) sadomasochistic abuse; 6) actual lewd exhibition of the genitals; 7) actual physical contact with a person's unclothed genitals, pubic area, buttocks, or, if such person is a female with breasts with the intent to arouse or gratify the sexual desire of either party; 8) any act or conduct which constitutes sexual battery or simulates that sexual battery is being or will be committed; |
| ☒ | It depicts nudity in such a way as to create the appearance that sexual conduct is imminent, i.e., display of contact or intended contact with a person's unclothed genitals, pubic area, buttocks, or , female breasts orally, digitally or by foreign object, display of sexual organs in an aroused state, or display nude (partial/complete) photos to include sexually suggestive and/or swim suit photos; |
| ☐ | Contains criminal history, offender registration, or other personal information about another inmate or offender, which, in the hands of an inmate presents a threat to the security, order or rehabilitative objectives of the correctional system or to the safety of any person. |

(Please see reverse side)

_3/11_        R11-30-12

# MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT
## Notice of Rejection or Impoundment of Publication

☐ | It otherwise presents a threat to the security good order, or discipline of the correctional systems or the safety of any persons.

If the publication was IMPOUNDED per criteria established in DSOP 17-002, the following details the specific written or pictorial matter that is believed to be inadmissible, and lists the page numbers in the publication where it is found:

_Pages #85 - 144_

Inmates are advised that this impounded or rejected publication shall be held at the institution for 30 days. You must make arrangements to have the publication picked up by an approved visitor or mailed to a relative, friend or the sender at your expense within 30 days, or it shall be discarded or destroyed.  The 30-day time period shall not include anytime during which an appeal or grievance proceeding is pending provided that written notice of appeal is submitted to the Facility Supervisor within 10 workdays. The written notice must be submitted on the Inmate Request Form, and must state that you intend to appeal the impoundment or rejection decision and must specifically identify the title of the publication to include the volume /issue/edition, if applicable.

Inmates may obtain further administrative review of a publication rejected for reasons not relating to subject matter by submitting an Inmate Grievance form, as prescribed in DSOP 15-001 "Inmate Complaint/Grievance Process." A copy of this form, Notice of Rejection or Impoundment of Publications, must be attached to the informal grievance.

Inmates may obtain further administrative review of a publication that was impounded or rejected due to subject matter per DSOP 17-002.  The complaint must be filed within 10 days from the date of impoundment or rejection.

Senders are advised that when a publication is impounded or rejected because it contains written or pictorial matter that is inadmissible pursuant to the criteria established in DSOP 17-002, the impoundment or rejection shall be immediately applied in all detention facilities. However, senders may appeal a MDCR Review Committee's decision to impound or reject reading materials within 10 workdays of receipt of the notice of impoundment or rejection.  The appeal must include a copy of this form. Sender appeals are to be mailed to the following address:

Miami Dade Corrections and Rehabilitation
Inmate's Facility Address
Attention: Facility Captain

_Mail Clerk Weatherspoon_
Authorized Employee Name

Date Mailed  to Sender

**DEPARTMENT USE ONLY:**
Impounded publication approved by Review Committee or per grievance appeal:

Received by:

4/16

(Please see reverse side)

R11-30-12

# MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT
## Notice of Rejection or Impoundment of Publication

Inmate Name: _Jesse Loor_

Date: _12/30/14_

Jail Number: _10-75184_

☒ Metro West Detention Center
☐ Turner Guildford Knight Correctional Center
☐ Training and Treatment Center
☐ Boot Camp Detention Center
☐ Women Detention Center
☐ Pre-Trial Detention Center

This letter is notice that the following publication: ☒ Book   ☐ Magazine   ☐ Other

Title: _Dorland's Gray's Pocket Atlas of Anatomy_

Volume/Issue/Edition: _____

Which was received on the following date: _12/29/14_

From: _Barnes and Nobic_

Has been reviewed by an authorized MDCR employee and has been:

☒ **IMPOUNDED** pending review by MDCR Review Committee because the publication may contain subject matter that is inadmissible per DSOP 17-002 "Inmate Mail"

☐ **IMPOUNDED** pending review by the MDCR Review Committee because the Facility Supervisor or designee believes that the publication may contain subject matter that is inadmissible, per DSOP 17-002 "Inmate Mail"

☐ **IMPOUNDED** pending review by the MDCR Review Committee per DSOP 17-002 "Inmate Mail." The Facility Supervisor believes that this inmate's prior criminal history or disciplinary record indicates that giving him/her access to subject matter in this publication would constitute a threat to the security or order of the correctional system or the safety of any person. (Specify):

_____
_____

☐ **REJECTED** and may not be received by inmates. The MDCR Review Committee has reviewed the publication and determined that it contains subject matter that is inadmissible per DSOP 17-002 "Inmate Mail"

☐ **REJECTED** for reasons not related to subject matter (Specify):

_____
_____

| | Criteria in DSOP 17-002 Inmate Mail, authorizes IMPOUNDMENT and REJECTION of the publication due to subject matter: |
|---|---|
| ☐ | It depicts or describes procedures for the construction of or use of weapons, ammunition, bombs, chemical agents, or incendiary devices; |
| ☐ | It depicts, encourages, or describes methods of escape from correctional facilities or contains blueprints, drawings or similar descriptions of MDCR facilities or institutions, or includes road maps that can facilitate escape from correctional facilities; |
| ☐ | It depicts or describes procedures for the brewing of alcoholic beverages, or the manufacture of drugs or other intoxicants; |
| ☐ | It is written in code; |
| ☐ | It depicts, describes or encourages activities which may lead to the use of physical violence or group disruption; |
| ☐ | It encourages or instructs in the commission of criminal activity; |
| ☐ | It is dangerously inflammatory in that it advocates or encourages riots, insurrection, disruption of the institution, violation of MDCR or institutional rules; |
| ☐ | It threatens physical harm, blackmail or extortion; |
| ☒ | It depicts sexual conduct as follows:1) actual or simulated sexual intercourse; 2) deviate sexual intercourse; 3) sexual bestiality; 4) masturbation; 5) sadomasochistic abuse; 6) actual lewd exhibition of the genitals; 7) actual physical contact with a person's unclothed genitals, pubic area, buttocks, or, if such person is a female with breasts with the intent to arouse or gratify the sexual desire of either party; 8) any act or conduct which constitutes sexual battery or simulates that sexual battery is being or will be committed; |
| ☐ | It depicts nudity in such a way as to create the appearance that sexual conduct is imminent, i.e., display of contact or intended contact with a person's unclothed genitals, pubic area, buttocks, or, female breasts orally, digitally or by foreign object, display of sexual organs in an aroused state, or display nude (partial/complete) photos to include sexually suggestive and/or swim suit photos; |
| ☐ | Contains criminal history, offender registration, or other personal information about another inmate or offender, which, in the hands of an inmate presents a threat to the security, order or rehabilitative objectives of the correctional system or to the safety of any person. |

# MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT
## Notice of Rejection or Impoundment of Publication

☐ It otherwise presents a threat to the security good order, or discipline of the correctional systems or the safety of any persons.

If the publication was IMPOUNDED per criteria established in DSOP 17-002, the following details the specific written or pictorial matter that is believed to be inadmissible, and lists the page numbers in the publication where it is found:

Page 115, 37, 73, 75

Inmates are advised that this impounded or rejected publication shall be held at the institution for 30 days. You must make arrangements to have the publication picked up by an approved visitor or mailed to a relative, friend or the sender at your expense within 30 days, or it shall be discarded or destroyed. The 30-day time period shall not include anytime during which an appeal or grievance proceeding is pending provided that written notice of appeal is submitted to the Facility Supervisor within 10 workdays. The written notice must be submitted on the Inmate Request Form, and must state that you intend to appeal the impoundment or rejection decision and must specifically identify the title of the publication to include the volume /issue/edition, if applicable.

Inmates may obtain further administrative review of a publication rejected for reasons not relating to subject matter by submitting an Inmate Grievance form, as prescribed in DSOP 15-001 "Inmate Complaint/Grievance Process." A copy of this form, Notice of Rejection or Impoundment of Publications, must be attached to the informal grievance.

Inmates may obtain further administrative review of a publication that was impounded or rejected due to subject matter per DSOP 17-002. The complaint must be filed within 10 days from the date of impoundment or rejection.

Senders are advised that when a publication is impounded or rejected because it contains written or pictorial matter that is inadmissible pursuant to the criteria established in DSOP 17-002, the impoundment or rejection shall be immediately applied in all detention facilities. However, senders may appeal a MDCR Review Committee's decision to impound or reject reading materials within 10 workdays of receipt of the notice of impoundment or rejection. The appeal must include a copy of this form. Sender appeals are to be mailed to the following address:

Miami Dade Corrections and Rehabilitation
Inmate's Facility Address
Attention: Facility Captain

Mail Clerk  Weatherspoon
Authorized Employee Name

Date Mailed  to Sender

**DEPARTMENT USE ONLY:**

Impounded publication approved by Review Committee or per grievance appeal:

Received by:

6/16

# MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT
## Notice of Rejection or Impoundment of Publication

Inmate Name __Jesse Loor__

Date: __12/30/14__

Jail Number: __10-75184__

☒ Metro West Detention Center
☐ Turner Guildford Knight Correctional Center

☐ Training and Treatment Center
☐ Boot Camp Detention Center

☐ Women Detention Center
☐ Pre-Trial Detention Center

This letter is notice that the following publication: ☒ Book      ☐ Magazine      ☐ Other

Title: __Obstetrics and Gynecology__

Volume/Issue/Edition: __Seventh Edition__

Which was received on the following date: __12/29/14__

From: __Barnes and Noble__

Has been reviewed by an authorized MDCR employee and has been:

☒ **IMPOUNDED** pending review by MDCR Review Committee because the publication may contain subject matter that is inadmissible per DSOP 17-002 "Inmate Mail"

☐ **IMPOUNDED** pending review by the MDCR Review Committee because the Facility Supervisor or designee believes that the publication may contain subject matter that is inadmissible, per DSOP 17-002 "Inmate Mail"

☐ **IMPOUNDED** pending review by the MDCR Review Committee per DSOP 17-002 "Inmate Mail." The Facility Supervisor believes that this inmate's prior criminal history or disciplinary record indicates that giving him/her access to subject matter in this publication would constitute a threat to the security or order of the correctional system or the safety of any person. (Specify):

_____

_____

☐ **REJECTED** and may not be received by inmates. The MDCR Review Committee has reviewed the publication and determined that it contains subject matter that is inadmissible per DSOP 17-002 "Inmate Mail"

☐ **REJECTED** for reasons not related to subject matter (Specify):

_____

_____

| | Criteria in DSOP 17-002 Inmate Mail, authorizes IMPOUNDMENT and REJECTION of the publication due to subject matter. |
|---|---|
| ☐ | It depicts or describes procedures for the construction of or use of weapons, ammunition, bombs, chemical agents, or incendiary devices; |
| ☐ | It depicts, encourages, or describes methods of escape from correctional facilities or contains blueprints, drawings or similar descriptions of MDCR facilities or institutions, or includes road maps that can facilitate escape from correctional facilities; |
| ☐ | It depicts or describes procedures for the brewing of alcoholic beverages, or the manufacture of drugs or other intoxicants; |
| ☐ | It is written in code; |
| ☐ | It depicts, describes or encourages activities which may lead to the use of physical violence or group disruption; |
| ☐ | It encourages or instructs in the commission of criminal activity; |
| ☐ | It is dangerously inflammatory in that it advocates or encourages riots, insurrection, disruption of the institution, violation of MDCR or institutional rules; |
| ☐ | It threatens physical harm, blackmail or extortion; |
| ☒ | It depicts sexual conduct as follows:1) actual or simulated sexual intercourse; 2) deviate sexual intercourse; 3) sexual bestiality; 4) masturbation; 5) sadomasochistic abuse; 6) actual lewd exhibition of the genitals; 7) actual physical contact with a person's unclothed genitals, pubic area, buttocks, or, if such person is a female with breasts with the intent to arouse or gratify the sexual desire of either party; 8) any act or conduct which constitutes sexual battery or simulates that sexual battery is being or will be committed; |
| ☐ | It depicts nudity in such a way as to create the appearance that sexual conduct is imminent, i.e., display of contact or intended contact with a person's unclothed genitals, pubic area, buttocks, or , female breasts orally, digitally or by foreign object, display of sexual organs in an aroused state, or display nude (partial/complete) photos to include sexually suggestive and/or swim suit photos; |
| ☐ | Contains criminal history, offender registration, or other personal information about another inmate or offender, which, in the hands of an inmate presents a threat to the security, order or rehabilitative objectives of the correctional system or to the safety of any person. |

# MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT
## Notice of Rejection or Impoundment of Publication

| ☐ | It otherwise presents a threat to the security good order, or discipline of the correctional systems or the safety of any persons. |

If the publication was IMPOUNDED per criteria established in DSOP 17-002, the following details the specific written or pictorial matter that is believed to be inadmissible, and lists the page numbers in the publication where it is found:

_Pages 225, 167, 810, 290_

Inmates are advised that this impounded or rejected publication shall be held at the institution for 30 days. You must make arrangements to have the publication picked up by an approved visitor or mailed to a relative, friend or the sender at your expense within 30 days, or it shall be discarded or destroyed. The 30-day time period shall not include anytime during which an appeal or grievance proceeding is pending provided that written notice of appeal is submitted to the Facility Supervisor within 10 workdays. The written notice must be submitted on the Inmate Request Form, and must state that you intend to appeal the impoundment or rejection decision and must specifically identify the title of the publication to include the volume /issue/edition, if applicable.

Inmates may obtain further administrative review of a publication rejected for reasons not relating to subject matter by submitting an Inmate Grievance form, as prescribed in DSOP 15-001 "Inmate Complaint/Grievance Process." A copy of this form, Notice of Rejection or Impoundment of Publications, must be attached to the informal grievance.

Inmates may obtain further administrative review of a publication that was impounded or rejected due to subject matter per DSOP 17-002. The complaint must be filed within 10 days from the date of impoundment or rejection.

Senders are advised that when a publication is impounded or rejected because it contains written or pictorial matter that is inadmissible pursuant to the criteria established in DSOP 17-002, the impoundment or rejection shall be immediately applied in all detention facilities. However, senders may appeal a MDCR Review Committee's decision to impound or reject reading materials within 10 workdays of receipt of the notice of impoundment or rejection. The appeal must include a copy of this form. Sender appeals are to be mailed to the following address:

Miami Dade Corrections and Rehabilitation
Inmate's Facility Address
Attention: Facility Captain

_Mail Clerk  Weatherspoon_
Authorized Employee Name

_____
Date Mailed  to Sender

**DEPARTMENT USE ONLY:**
Impounded publication approved by Review Committee or per grievance appeal:

Received by: _____

_8/16_

R11-30-12

# MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT
## Inmate Grievance

**Control Number:** M1015-01002

**Inmate Name:** Jesse Loor

**Jail Number:** 10-75184

**Date Prepared:** 12-31-14

**Category:** Mail

**Housing Unit/Cell Number:** 3D2

*The inmate must complete and submit this form to a Correctional Counselor within 2 workdays of receipt. If an incident/situation affects more than one inmate, each inmate must personally submit a separate complaint/ grievance. Also, if an inmate has more than one complaint/grievance, each compliant/grievance must be submitted on a separate Inmate Grievance form. You must state what or who is the subject of the grievance, related dates and places, and what affect the situation, problem, or person is causing. State the title of any policy or standard that may be the subject of your grievance, if applicable. Attach copies of all Inmate Action/Remedy Request forms (if applicable) used in an attempt to resolve your complaint.*

### PART I — Provide Specific Details of Your Grievance:

ON TUESDAY, 12.30.14 MAILCLERK WEATHERSPOON IMPOUNDED OBSTETRIC AND GYNECOLOGY, DORLAND'S / GRAY'S POCKET ATLAS OF ANATOMY AND EVALUATION OF THE SEXUALLY ABUSED CHILD 2E ALLEGING THESE MEDICAL TEXTBOOKS DEPICTS SEXUAL CONDUCT AND NUDITY LET IT BE KNOWN THAT MAILCLERK WEATHERSPOON'S WRONGFUL CONDUCT IMPLICATES MY FIRST, SIXTH, AND FOURTEENTH AMENDMENT RIGHTS. LET IT BE KNOWN THAT I'VE BEEN GRANTED PRO SE STATUS BY THE COURTS AND IS THE WRONGFULLY ACCUSED DEFENDANT IN A CRIMINAL CASE THATS SET FOR TRIAL ON JANUARY 20, 2015 AND THAT MAILCLERK WEATHERSPOONS WRONGFUL CONDUCT IS COMPROMISING AND INTERFERING WITH MY PREPARATION FOR A DEFENSE AND IS CAUSING A DELAY IN COURT PROCEEDINGS AS WELL AS AN OBSTRUCTION TO SERVE JUSTICE.

### PART II — What Steps Have You Taken to Solve the Grievance?

SPOKE TO MAILCLERK WEATHERSPOON TWICE; AND SPOKE TO LT. ALADRO ON JANUARY 1 2015 AT APPROXIMATELY 6PM THE COMMENCEMENT OF THIS GRIEVANCE AND SUBMITTING A CEASE AND DESIST LETTER MADE PART TO THIS GRIEVANCE (SEE ATTACHED)

### PART III — What Remedy/Action(s) Are You Requesting?

IMMEDIATE DELIVERY OF MY MEDICAL TEXT BOOKS ~~~~~~ WITHOUT DELAY. THE MATERIALS THAT ARE SENT TO ME ARE OF LEGAL MATTER. THEREFORE, I, MR. LOOR, DEMAND TO CEASE THE CENSORSHIP OF MY INCOMING MAIL.

**I Affirm that All Statements I Have Made are True and Correct.**

**Inmate Signature** _____

**Date:** 12.31.14

**Grievance Received By:**

**Correctional Counselor Name (Print):** S. England

**Correctional Counselor Signature** _____

**Date:** 1/5/15

Distribution: White Copy—RSB File     Yellow Copy—Facility Supervisor/Bureau Commander/CHS Nurse or Designee     Pink Copy—Inmate

134_01-53  9/07

IN RE: CEASE AND DESIST LETTER:
PROHIBITION OF THE PATTERN OF
CENSORSHIP OF PROSE'S INCOMING MAIL

ATT: MDCR MAILROOM STAFF AND FACULTY:

DECEMBER 31, 2014

THIS LETTER IS TO INFORM THE ABOVE MENTIONED THAT MR. LOOR IS THE WRONGFULLY ACCUSED OF CRIME(S) HE DID NOT COMMIT. THE CRIMINAL CASE AGAINST MR. LOOR WAS VOID OF PROBABLE CAUSE AND A JUDICIAL DETERMINATION OF PROBABLE CAUSE WAS SEND AND RECIEVE BROUGHT FORTH MALICIOUSLY AND ERRONEOUSLY. MR. LOOR, PROSE, AND A PRE-TRIAL DETAINEE, INFORMATION OF ONE COUNT OF SEXUAL BATTERY UNDER F.S. 794.011 (2) AND ONE COUNT OF LEWD AND LASCIVIOUS MOLESTATION UNDER F.S. 800.04 (5)(B). MR. LOOR IS CURRENTLY SET FOR TRIAL ON JANUARY 20, 2015. MR. LOOR IS A UNITED STATES BORN CITIZEN AND POSSESSES INALIENABLE CONSTITUTIONAL RIGHTS TO DEFEND HIMSELF FROM FALSE ACCUSATIONS AND PROSECUTORIAL MISCONDUCT AND FROM FRIVOLOUS CLAIMS RESULTING IN CENSORSHIP OF MATERIALS THAT ARE ESSENTIAL IN PREPARING HIS DEFENSE. THE FIRST AMENDMENT AS INCORPORATED BY THE FOURTEENTH AMENDMENT PROHIBITS STATES FROM "ABRIDGING THE FREEDOM OF SPEECH." U.S. CONST. AMEND. 1. MAIL IS A MEDIUM OF FREE SPEECH AND THE RIGHT TO SEND AND RECIEVE MAIL EXIST UNDER THE FIRST AMENDMENT. THESE RIGHTS, SPECIFICALLY, THE FIRST, SIXTH, AND FOURTEENTH AMENDMENT WERE IMPLICATED AFTER MAILCLERK WEATHERSPOON'S MISAPPLICATION OF DSOP17-002, THE IMPOUNDMENT OF MR. LOOR'S MAIL ORDERED MEDICAL TEXT BOOKS FROM WELL KNOWN BOOK STORES AND THE DISREGARD OF THE PROBATIVE VALUE, SCIENTIFIC VALUE, AND THE SERIOUS MEDICAL LITERATURE THESE MEDICAL TEXTBOOKS CONTAIN THAT WILL ASSIST MR. LOOR'S DEFENSE. THE MEDICAL TEXT BOOKS OF INTEREST ARE ONE: EVALUATION OF THE SEXUALLY ABUSED CHILD 2E; WRITTEN BY A GROUP OF NATIONALLY RECOGNIZED PHYSICIANS, IS A COMPREHENSIVE AND AUTHORITIVE RESOURCE THAT PROVIDE A STEP-BY-STEP DISCUSSION OF HOW TO INTERVIEW AND CLINICALLY EVALUATE SUSPECTED CHILD SEXUAL ABUSE CASES. THE CONTRIBUTORS DRAW ON THEIR EXTENSIVE EXPERIENCE TO PROVIDE SENSITIVE AND PRACTICAL GUIDANCE ON PSYCHOLOGICAL ASPECTS OF ABUSE, CONDUCTING THE MEDICAL INTERVIEW AND PHYSICAL EXAM TO MAKE A DIAGNOSIS, AND THE ROLE OF THE PHYSICIAN IN COURT. THIS NEW EDITION INCLUDES UPDATED INFORMATION ON LAB TECHNIQUES, AND A HOST OF NEW DATA FROM SEVERAL RECENTLY RELEASED LONGITUDINAL STUDIES THAT FOLLOWED ABUSED CHILDREN INTO ADOLESCENCE AND ADULTHOOD. THIS BOOK IS INTENDED AS A REFERENCE FOR EVALUATION OF CHILDREN AND ADOLESCENTS WHEN THERE IS A CONCERN ABOUT SEXUAL ABUSE AS WELL AS A GUIDE TO GENITAL/ANAL NORMAL/VARIANTS. THE SECOND BOOK IS OBSTETRICS AND GYNECOLOGY; ESTABLISHED AS THE STANDARD RESOURCE OF OBSTETRICS AND GYNECOLOGY AND IS NOW IN ITS REVISED 7TH ED. THIS IS THE ONLY BOOK ON THE MARKET FULLY COMPLIANT WITH THE AMERICAN COLLEGE OF OBSTETRICS, OBSTETRICIANS AND GYNECOLOGIST GUIDELINES, TREATMENT RECOMMENDATIONS, AND COMMITTEE OPINIONS. THE TEXT ALIGNS WITH THE ASSOCIATION OF PROFESSORS OF GYNECOLOGY AND OBSTETRICS (APGO) AND EDUCATIONAL OBJECTIVES. THE THIRD BOOK IS DORLAND'S/GRAY'S POCKET ATLAS OF ANATOMY; THIS NEW POCKET ATLAS IS THE BEST WAY TO REFERENCE ANATOMY IN LAY PERSON TERMS. IT COMBINES SUPERB DEFINITIONS FROM DORLAND'S ILLUSTRATED MEDICAL DICTIONARY WITH PHENOMENAL ILLUSTRATIONS FROM GRAY'S ANATOMY FOR STUDENTS. FOR AN UNPRECEDENTED LEVEL OF ACCURACY AND VISUAL CLARITY. AN ORGANIZATION BY BODY REGION PARALLELS THE APPROACH USED BY MOST OF TODAYS ANATOMY COURSES. TERMS AND DESCRIPTIONS ARE BASED ON THE "TERMINOLOGIA ANATOMICA;" THE MOST WIDELY ACCEPTED ANATOMICAL NOMENCLATURE SYSTEM.

10/11

CLEARLY, THESE MEDICAL TEXTBOOKS ARE ESSENTIAL TO MR. LOOR IN GATHERING KNOWLEDGE HAS TO HOW TO EDUCATE ALL FACT FINDERS AND ALL TRIER OF FACTS. MAIL-CLERK WEATHERSPOON'S MISCONDUCT IS ALSO INTERFERING WITH MR. LOOR'S PREPARATION TO HIS DEFENSE; DELAYING COURT PROCEEDINGS; AND IS CAUSING AN OBSTRUCTION TO SERVE JUSTICE. LET IT BE KNOWN THE COURTS HAVE HELD WHEN OFFICIALS WHO CHOOSE TO IGNORE CLEARY ESTABLISHED LAWS AND THE CONSTITUTION IN FAVOR OF THEIR OWN METHODS THEY INVITE REDRESS UNDER 42 U.S.C. SECTION 1983.

42 U.S.C. SECTION 1983 PROVIDES:

- EVERY PERSON WHO, UNDER COLOR OF ANY STATUTE, ORDINANCE, REGULATION, CUSTOM, OR USAGE, OF ANY STATE OR TERRITORY OR THE DISTRICT OF COLUMBIA, SUBJECTS OR CAUSES TO BE SUBJECTED, ANY CITIZEN OF THE UNITED STATES OR OTHER PERSON WITHIN THE JURISDICTION THEREOF TO THE DEPRIVATION OF ANY RIGHTS, PRIVILEGES, OR IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS, SHALL BE LIABLE TO THE PARTY INJURED IN AN ACTION AT LAW, SUIT IN EQUITY, OR OTHER PROPER PROCEEDING FOR REDRESS. —

THE FIRST INQUIRY IN ANY SECTION 1983 SUIT, THEREFORE, IS WHETHER MR. LOOR HAS BEEN DEPRIVED OF A RIGHT SECURED BY THE CONSTITUTION AND LAWS.

IN CONCLUSION, THE MATERIALS THAT ARE SENT TO MR. LOOR ARE OF LEGAL MATTER AND THE CONTINUED CENSORSHIP OF MR. LOOR'S INCOMING MAIL IS DEPRIVING MR. LOOR TO PREPARE HIS DEFENSE, THEREFORE, MR. LOOR DEMANDS TO CEASE THE CENSORSHIP OF HIS INCOMING MAIL.

MOST CORDIALLY,

_Jennifer prose_

11/16



MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT

**Inmate Grievance**



| Control # | MW15-01002 | Emergency: | ☐ Yes | ☑ No | PIR Classification: | Mail |
|---|---|---|---|---|---|---|
| Jail # | 100075184 | Cell # | M3D2 | | | |

**PART VI - Reentry Program Services Bureau (RPSB) Correctional Counselor 1 Comments:**

The inmate is grieving the reading materials that he is not receiving from the mail room, and that are now impounded by the mail room due to the nature of the material.

| RPSB Counselor Name: | ENGLAND S. | Date: | 1/5/2015 |
|---|---|---|---|

**PART VII - Initial Response (An Explanation Must be Provided if the Grievance is Being Rejected)**

The inmate Jesse Loor is grieving the reading materials that he is not receiving from the mail room, and that are now impounded by the mail room due to the nature of the material.

| RPSB Supervisor Name: | COBARCO E. | Date: | 1/5/2015 |
|---|---|---|---|

**PART VIII - Grievance Recorded By:**

| Internal Affairs Case #: | | RTR Case #: | |
|---|---|---|---|
| Grievance Clerk Name: | FELTON-SAINTVIL L. | Date: | 1/5/2015 |

**PART IX - Facility/Bureau Supervisor/IMP Manager or Designee Response:(Provide Attachment as needed)**

A vote was taken by the safety cell committee and it was determined that the books would be rejected because it contained obscene materials, sexually graphic pictures and nudity. In addition, one of the books was a hard covered book, which is not allowed in the facility.

| ☐ IMP Follow-up Required | ☐ Forwarded to IA | |
|---|---|---|
| This Grievance is Hereby: | ☐ Substantiated | ☑ Unsubstantiated |
| Facility/Bureau Supervisor/IMP Manager or Designee: | BAILEY JENNY | Date: 1/26/2015 |

**PART X - Inmate Response** ☐ Accepted (Resolved) ☑ Rejected (Unresolved) ☐ Appeal

| JESSE LOOR | _Mr L_ | 1·26·15 | ☐ Inmate Released |
|---|---|---|---|
| Inmate Name | Inmate Signature | Date: | |

12/16